

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

---
### NO. PD-1068-11
---

**JERRY DON CALDER, Appellant**

**v.**

**THE STATE OF TEXAS**

---
### ON REHEARING OF APPELLANT'S
### PETITION FOR DISCRETIONARY REVIEW
### FROM THE FIFTH COURT OF APPEALS
### DALLAS COUNTY
---

*Per curiam.*

### O P I N I O N

Appellant was convicted of securing execution of a document by deception and was sentenced to confinement for ten years, which was probated for five years. The Court of Appeals affirmed the conviction. *Calder v. State*, (Tex. App. — Dallas, No. 05-10-00092-CR, delivered May 24, 2011). Appellant's petition for discretionary review was dismissed as untimely filed on August 24, 2011. Appellant has filed a motion for rehearing requesting reinstatement of his petition and filing of his amended petition for discretionary review so

that it will be considered by this Court. Appellant's motion for rehearing is granted. His amended petition for discretionary review received in this Court on August 30, 2011, is filed as of October 5, 2011, and will be considered in accord with Tex.R.App.P. 68. (But see order striking amended petition).

Delivered October 5, 2011
Do not publish